NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAI STRATEGIC HOLDINGS, INC.,**
*Appellant*

**v.**

**PHILIP MORRIS PRODUCTS S.A.,**
*Appellee*

---

2022-1748

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01094.

---

## JUDGMENT

---

GREGORY A. CASTANIAS, Jones Day, Washington, DC, argued for appellant.  Also represented by AMELIA A. DEGORY; ROBERT BREETZ, DAVID B. COCHRAN, KENNETH LUCHESI, DAVID MICHAEL MAIORANA, Cleveland, OH; JOSHUA R. NIGHTINGALE, Pittsburgh, PA.

GABRIEL K. BELL, Latham & Watkins LLP, Washington, DC, argued for appellee.  Also represented by ASHLEY M. FRY, MAXIMILIAN A. GRANT, JONATHAN M. STRANG, DAVID ZUCKER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, STOLL, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 17, 2023          /s/ Jarrett B. Perlow
Date                   Jarrett B. Perlow
                       Clerk of Court